℞AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____  District of  _____ PENNSYLVANIA _____

ROSEMARY LYNN

**SUMMONS IN A CIVIL ACTION**

V.

ELITE RECOVERY SERVICES, INC.
AND MR. CURRY

CASE NUMBER:   4:08-CV-2173/Judge Jones

TO: (Name and address of Defendant)

DEFENDANTS (SEE COMPLAINT)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jason M. Rapa
Rapa Law Office, P.C.
141 S. 1st Street
Lehighton , PA 18235

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| Mary E. D'Andrea | 12/3/2008 |
| --- | --- |
| CLERK | DATE |

(By) DEPUTY CLERK

AO 440  (Rev. 8/01)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE December 11, 2008 | |
| NAME OF SERVER *(PRINT)* Opal N. Snyder | TITLE Paralegal | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:


☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:


☒ Other (specify):  Certified mail | restricted delivery


| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/17/08
        Date          Opal N. Snyder
                        Signature of Server

141 S. 1st St, Lehighton, PA 18235
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Elite Recovery Services
255 Great Arrow Ave
2nd Flr., Suite 15
Buffalo, NY 14207

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____   ☑ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

P. Prow    12/11

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☑ Yes

2. Article Number
   (Transfer from service label)

7007 1490 0003 2012 3449

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

 **UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 1490 0003 2012 3449**
Status: **Delivered**

Your item was delivered at 11:36 AM on December 11, 2008 in
BUFFALO, NY 14207.

**Track & Confirm** 

Enter Label/Receipt Number.

[                              ]

( **Go >** )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( **Go >** )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

